IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ASBESTOS LITIGATION: | ) |
| LILLIAN and JAMES HARWOOD | ) |
| Plaintiffs | ) C.A. No. 1-06-CV-673 |
| -vs.- | ) |
| BONDEX INTERNATIONAL INC., et al. | ) |
| Defendants | ) |

**DEFENDANT NORTHROP GRUMMAN CORPORATION'S REQUEST FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION TO REMAND**

Pursuant to Local Rule 7.1.4 of the U.S. District Court for the District of Delaware, Defendant Northrop Grumman Corporation respectfully requests that this Honorable Court hear oral arguments on Plaintiff's Motion to Remand the above-captioned case and Defendant's subsequent Opposition to Plaintiff's Motion.

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

/s/ *Mark L. Reardon*
_____
Mark L. Reardon (DE #2627)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, Delaware 19899
(302) 428-3181

Nancy Shane Rappaport (DE #3428)
DLA Piper US LLP
1650 Market Street, Suite 4900
Philadelphia, PA 19103
(215) 656-3357

Attorneys for Defendant
Northrop Grumman Corporation

Dated: November 28, 2006