IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: ASBESTOS LITIGATION

LILLIAN and JAMES HARWOOD,        )
                                  )
            Plaintiffs,            )   C.A. No. 1-06-CV-673
                                  )
      vs.                         )
                                  )
BONDEX INTERNATIONAL, INC., et al. )
                                  )
            Defendants.            )

## STIPULATED BRIEFING SCHEDULE

WHEREAS on November 2, 2006, Northrop Grumman Corporation ("Northrop") filed a *Notice of Removal and Motion for Stay of Proceedings*;

WHEREAS on November 8, 2006 Lillian and James Harwood ("Plaintiff") filed *A Motion to Remand to State Court and a Motion to Expedite Consideration of Plaintiffs' Motion to Remand to State Court*;

WHEREAS on November 10, 2006 the Plaintiff filed its *Answering Brief in Opposition to the Notice of Removal and Motion to Stay*;

WHEREAS on November 20, 2006 Northrop filed its *Answering Brief in Response to the Plaintiff's Motion to Remand and Memorandum in Opposition to Plaintiff's Motion to Expedite*;

WHEREAS the Parties have agreed, that Plaintiff shall have until Monday, December 4, 2006 to file its Reply Brief regarding its Motion to Remand To State Court and to Expedite

Consideration of the same. This is an extension of one business day to the default scheduled contained in Local Rule 7.1.2.

WHEREFORE the parties agree that, pursuant to the attached order, the following briefing schedule shall be entered:

The Plaintiff's Reply Brief is due on or before December 4, 2006.

| BIFFERATO, GENTILOTTI, BIDEN & BALICK, LLC | ELZUFON, AUSTIN, REARDON, TARLOV & MONDELL, P.A. |
|---|---|
| /s/ Garvan F. McDaniel<br>Garvan F. McDaniel (#4167)<br>Buckner Building<br>1308 Delaware Avenue<br>Wilmington, Delaware 19899<br>(302) 429-1900<br>Attorneys for Plaintiff | /s/ Mark L. Reardon<br>Mark L. Reardon (#2627)<br>300 Delaware Avenue, Suite 1700<br>P.O. Box 1630<br>Wilmington, DE 19899-1630<br>(302) 428-3181<br>Attorneys for Northrop Grumman Corporation |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: ASBESTOS LITIGATION

LILLIAN and JAMES HARWOOD,     )
                                )
       Plaintiffs,               )     C.A. No. 1-06-CV-673
                                )
vs.                             )
                                )
BONDEX INTERNATIONAL, INC., et al. )
                                )
       Defendants.              )

## ORDER

IT IS HEREBY ORDERD this _____ day of _____, 2006, that Lillian and James Harwood and Northrop Grumman Corporation's Stipulated Briefing Scheduled is hereby approved.

_____
THE HONORABLE KENT A. JORDAN
UNITED STATES DISTRICT COURT JUDGE