IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: ASBESTOS LITIGATION

LILLIAN and JAMES HARWOOD, )
)
    Plaintiffs, ) C.A. No. 1-06-CV-673
)
vs. )
)
BONDEX INTERNATIONAL, INC., et al. )
)
    Defendants. )

## ORDER

IT IS HEREBY ORDERD this 29th day of Nov., 2006, that Lillian and James Harwood and Northrop Grumman Corporation's Stipulated Briefing Scheduled is hereby approved.

_____
THE HONORABLE KENT A. JORDAN
UNITED STATES DISTRICT COURT JUDGE