### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ASBESTOS LITIGATION: ) | |
| ) | |
| LILLIAN and JAMES HARWOOD ) | |
| ) | |
| Plaintiffs ) | C.A. No. 1-06-CV-673 |
| ) | |
| -vs.- ) | |
| ) | |
| BONDEX INTERNATIONAL INC., et al. ) | |
| ) | |
| Defendants ) | |

**DEFENDANT NORTHROP GRUMMAN CORPORATION'S RENEWED REQUEST FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION TO REMAND**

By and through its below-signed counsel, Defendant Northrop Grumman Corporation ("Northrop Grumman") hereby respectfully renews its request for oral argument on Plaintiff's Motion to Remand. In support of its request, Northrop Grumman states as follows:

On November 28, 2006, pursuant to Local Rule 7.1.4 of the U.S. District Court for the District of Delaware, Defendant Northrop Grumman respectfully requested that this Honorable Court hear oral arguments on Plaintiff's Motion to Remand the above-captioned case and Defendant's subsequent Opposition to Plaintiff's Motion. Defendant Northrop Grumman renews its request for oral argument, following Plaintiffs' filing of a Reply Brief on December 4, 2006.

Plaintiffs filed their product liability suit in the State of Delaware, alleging take-home exposure to asbestos. In their Reply Memorandum in Support of their Motion to Remand to State Court, Plaintiffs incorrectly and inappropriately discount the applicability of Defendant Northrop Grumman's supporting case law in its Brief in Opposition to Plaintiffs' Motion to Remand. Plaintiffs argue that this is a premises liability action, not a product liability action – despite the fact that plaintiffs expressly assert a product liability action in their Complaint.

Northrop Grumman asks that this Court grant its request for oral argument in order to examine more closely the fundamental nature of this product liability case and to present to the Court why the case law cited by Northrop Grumman is applicable to the resolution of the question of removal.

                          ELZUFON AUSTIN REARDON
                          TARLOV & MONDELL, P.A.

                          /s/ *Mark L. Reardon*

                          Mark L. Reardon (DE #2627)
                          300 Delaware Avenue, Suite 1700
                          P.O. Box 1630
                          Wilmington, Delaware 19899
                          (302) 428-3181

                          Nancy Shane Rappaport (DE #3428)
                          DLA Piper US LLP
                          1650 Market Street, Suite 4900
                          Philadelphia, PA 19103
                          (215) 656-3357

Dated: December 7, 2006

                          Attorneys for Defendant
                          Northrop Grumman Corporation

G:\Docs\CLIENT\1407\17691\motions\00372309.DOC