# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

December 11, 2006

Honorable James T. Giles
U.S. District Judge
17614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Re: MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

(See Attached CTO-271)

FILED
DEC 15 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Judge Giles:

    For your information, I am enclosing a copy of a conditional transfer order filed today by the Panel in this matter.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/
Deputy Clerk

cc:  (See Attached List of Judges)

JPML Form 39B

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 1 2006

FILED
CLERK'S OFFICE

*DOCKET NO. 875*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-271)*

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 81,567 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Page 1 of 3

# SCHEDULE CTO-271 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN 2 06-1855 | Melba Brooks v. A.W. Chesterton Co., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 06-5381 | Matt Hussey, et al. v. General Electric Co., et al. |
| **DELAWARE** | |
| DE 1 06-668 | Betty Agee, et al. v. A.W. Chesterton, Inc., et al. |
| DE 1 06-673 | Lillian Harwood, et al. v. Bondex International Inc., et al. |
| **INDIANA NORTHERN** | |
| INN 2 06-307 | John Cunningham v. General Electric Co., et al. |
| **LOUISIANA EASTERN** | |
| LAE 2 06-9439 | Peggy P. Griffin v. Northrop Grumman Industries, et al. |
| **LOUISIANA MIDDLE** | |
| LAM 3 06-458 | Cletus Brewer v. Noble Drilling Corp., et al. |
| **MARYLAND** | |
| MD 1 06-2667 | William Miles v. Owens-Illinois Glass Co., et al. |
| **MISSISSIPPI NORTHERN** | |
| MSN 3 06-134 | Patricia Wright, etc. v. Budd Co., et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 06-1064 | Robert Breazeale v. Allied Signal, Inc., et al. |
| MSS 1 06-1065 | Ray Lee Regan v. Allied Signal, Inc., et al. |
| MSS 1 06-1066 | James W. Nations v. Allied Signal, Inc., et al. |
| MSS 1 06-1067 | Ronald E. Nations v. Allied Signal, Inc., et al. |
| MSS 1 06-1068 | Malcolm Montgomery v. Allied Signal, Inc., et al. |
| MSS 1 06-1070 | Harry Lambert v. Emerson Electric Co., et al. |
| MSS 1 06-1071 | Lionel Anderson v. William Powell International Sales Corp., et al. |
| MSS 1 06-1074 | Tina Fitzgerald, etc. v. American Standard, Inc., et al. |
| MSS 1 06-1075 | Curtis Lee Jones v. Allied Signal, Inc., et al. |
| MSS 1 06-1076 | O'Neal Chambers, Jr., etc. v. American Standard, Inc., et al. |
| MSS 1 06-1089 | Robert Copeland v. General Electric Co., et al. |
| MSS 1 06-1096 | Charles R. Rester v. Metropolitan Life Insurance Co., et al. |
| MSS 1 06-1147 | George Moore v. Ingersoll-Rand Co., et al. |
| **NORTH CAROLINA EASTERN** | |
| NCE 4 06-189 | Van Crawford, et al. v. AMCA/KOEHRING Co., et al. |
| NCE 4 06-202 | Johnnie P. Lee, et al. v. 3M Co., et al. |
| NCE 4 06-207 | Angela Michelle Covington, etc. v. Anchor Packing Co., et al. |
| NCE 4 06-208 | Freda C. Wells, etc. v. A.W. Chesterton, Inc., et al. |
| NCE 4 06-215 | Roland Delos Cady, et al. v. Albany International Corp., et al. |
| NCE 4 06-216 | Archie Clarence Forrester, et al. v. Albany International Corp., et al. |

SCHEDULE- CTO-271 - TAG-ALONG ACTIONS - MDL-875                              Page 2 of 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| NCE 4 06-217 | Elizabeth A. Phelps, etc. v. Albany International Corp., et al. |
| NCE 5 06-342 | Walker H. Lee v. 3M Co., et al. |
| NCE 5 06-391 | Catherine Ruth Gailloux, etc. v. Anchor Packing Co., et al. |
| NCE 5 06-407 | Louise Julyan Stanyer, etc. v. Anchor Packing Co., et al. |
| NCE 5 06-420 | Abel Laberge, et al. v. Anchor Packing Co., et al. |
| NCE 5 06-431 | Bryan Edward Zapf, et al. v. Anchor Packing Co., et al. |
| NCE 5 06-432 | Harold John Hildebrandt v. Anchor Packing Co., et al. |
| NCE 5 06-435 | Josie Bergeron, etc. v. Anchor Packing Co., et al. |

NORTH CAROLINA MIDDLE

| NCM 1 06-924 | Patrick H. O'Connor, etc. v. DaimlerChrysler Corp., et al. |
|---|---|
| NCM 1 06-935 | Allen W. Craver, et al. v. 3M Co., et al. |
| NCM 1 06-958 | Gerald W. Sheets v. 3M Co., et al. |

NORTH CAROLINA WESTERN

| NCW 1 06-327 | Charles Anthony Bynum, et al. v. Aqua-Chem, Inc., et al. |
|---|---|
| NCW 1 06-328 | Albert Eugene Dellinger, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-330 | Ernest James Cornelius, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-331 | Ronald David Hamilton, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-332 | Douglas Eugene Funderburk, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-334 | James P. Butts, et al. v. 3M Co., et al. |
| NCW 1 06-337 | Hal Terry Byers v. Aqua-Chem, Inc., et al. |
| NCW 1 06-338 | Billy Grissett v. Aqua-Chem, Inc., et al. |
| NCW 1 06-339 | William Jerry Hamby v. Aqua-Chem, Inc., et al. |
| NCW 1 06-340 | Clarence Douglas Hunt, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-342 | J.C. Beaver, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-343 | Jerry Lee Hand, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-344 | Jerry Thomas Miller, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-345 | William David Hux, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-346 | Thomas H. Smart v. 3M Co., et al. |
| NCW 1 06-348 | Jerry Odell Wilson, Jr. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-349 | Judy Irene Boggs-Greer v. Aqua-Chem, Inc., et al. |
| NCW 1 06-351 | John Ashley Wright, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-352 | Roger Lee Perryman, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-353 | Owen Edward Johnson v. Aqua-Chem, Inc., et al. |
| NCW 1 06-354 | Ronald Edward Bland, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-356 | Rickey Lynn Nance, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-358 | Charles E.A. Ballard v. Aqua-Chem, Inc., et al. |
| NCW 1 06-364 | Raymond B. Simpson, et al. v. 3M Co., et al. |
| NCW 1 06-369 | Steven R. Patterson, et al. v. 3M Co., et al. |

NEBRASKA

| NE 8 06-639 | Mervin Sipp v. BNSF Railway Co. |
|---|---|
| NE 8 06-640 | Earl Motschenbacher v. BNSF Railway Co. |
| NE 8 06-641 | Ivan Boettner v. BNSF Railway Co. |
| NE 8 06-642 | James Anderson v. BNSF Railway Co. |

NEW JERSEY

| NJ 2 06-4899 | Malcolm Hagen, et al. v. Benjamin Foster Co., et al. |
|---|---|

NEW MEXICO

| NM 1 05-416 | Frank Torres v. Burlington Northern & Santa Fe Railway Co. |
|---|---|
| NM 1 06-915 | Mauricio R. Gabaldon v. Burlington Northern & Santa Fe Railway Co. |

SCHEDULE- CTO-271 - TAG-ALONG ACTIONS - MDL-875                Page 3 of 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NEW YORK EASTERN** | |
| NYE 1 06-5563 | Paula I. Guillory v. A.W. Chesterton Co., et al. |
| **OHIO NORTHERN** | |
| OHN 1 06-10007 | Harry E. Hawkins v. A-c Product Liability Trust, et al. |
| **PENNSYLVANIA WESTERN** | |
| PAW 2 06-1388 | Frank J. Suloff v. Consolidated Rail Corp., et al. |
| **SOUTH CAROLINA** | |
| SC 8 06-2885 | Donald Lee Brooks, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 06-2896 | Maurice Ira Phillips, et al. v. Aqua-Chem, Inc., et al. |
| **TEXAS WESTERN** | |
| TXW 6 06-299 | Donna David, etc. v. Alcoa, Inc. |
| **VIRGINIA EASTERN** | |
| VAE 2 06-9060 | Paul Allen v. American Standard, Inc., et al. |
| VAE 2 06-9061 | Carlton M. Beckman v. American Standard, Inc., et al. |
| VAE 2 06-9062 | Michael J. Bell v. American Standard, Inc., et al. |
| VAE 2 06-9063 | Phillip Bodine v. American Standard, Inc., et al. |
| VAE 2 06-9064 | Charles F. Brant v. American Standard, Inc., et al. |
| VAE 2 06-9065 | William E. Busby v. American Standard, Inc., et al. |
| VAE 2 06-9066 | Odell J. Malone v. American Standard, Inc., et al. |
| VAE 2 06-9067 | Dionico Sais v. American Standard, Inc., et al. |
| VAE 2 06-9068 | Samuel E. Crane v. American Standard, Inc., et al. |
| VAE 2 06-9069 | Jon W. Foster v. American Standard, Inc., et al. |
| VAE 2 06-9070 | Monroe v. American Standard, Inc., et al. |
| VAE 2 06-9071 | Earl J. Murphy v. American Standard, Inc., et al. |
| VAE 2 06-9072 | William H. Sheppard v. American Standard, Inc., et al. |
| VAE 2 06-9073 | James W. Bell v. American Standard, Inc., et al. |
| VAE 2 06-9074 | Stewart C. Brennan v. American Standard, Inc., et al. |
| VAE 2 06-9075 | Larry G. Brown v. American Standard, Inc., et al. |
| VAE 2 06-9076 | Frank L. Johnson v. American Standard, Inc., et al. |
| VAE 2 06-9077 | Monroe v. American Standard, Inc., et al. |
| VAE 2 06-9078 | Leonard S. Olson v. American Standard, Inc., et al. |
| **WASHINGTON WESTERN** | |
| WAW 2 05-1250 | Steven D. McAboy, etc. v. Viad Corp. |
| WAW 2 06-369 | Clint Johnson, etc. v. IMO Industries, Inc., et al. |
| **WISCONSIN EASTERN** | |
| WIE 2 06-397 | Byron Bessers v. International Paper Co., et al. |
| WIE 2 06-1076 | Janet Schueler, etc. v. American Optical Corp. |

# INVOLVED JUDGES LIST (CTO-271)
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Hon. William M. Acker, Jr.
Senior U.S. District Judge
481 Hugo L. Black U.S. Courthouse
1729 5th Avenue, North
Birmingham, AL 35203-0065

Hon. Joseph F. Anderson, Jr.
Chief Judge, U.S. District Court
Matthew J. Perry U.S. Courthouse
901 Richland Street, 3rd Floor
Columbia, SC 29201

Hon. Joseph F. Bataillon
Chief Judge, U.S. District Court
3259 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. Terrence W. Boyle
Chief Judge, U.S. District Court
P.O. Box 306
Elizabeth City, NC 27907

Hon. James J. Brady
U.S. District Judge
369 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801

Hon. Laurie Smith Camp
U.S. District Judge
3210 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. James G. Carr
Chief Judge, U.S. District Court
210 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624

Hon. Dennis M. Cavanaugh
U.S. District Judge
United States District Court
451 U.S. Post Office & Courthouse
Two Federal Square
Newark, NJ 07102-3513

Hon. Louise Wood Flanagan
Chief Judge, U.S. District Court
U.S. District Court
413 Middle Street
New Bern, NC 28560

Hon. James C. Fox
Senior U.S. District Judge
U.S. District Court
P.O. Box 2143
Wilmington, NC 28402

Hon. Jerome B. Friedman
U.S. District Judge
Walter E. Hoffman U.S. Courthouse
600 Granby Street
Norfolk, VA 23510-1915

Hon. Walter J. Gex, III
Senior U.S. District Judge
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 714
Gulfport, MS 39501

Hon. Patricia J. Gorence
U.S. Magistrate Judge
264 U.S. Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

Hon. F. A. Gossett, III
U.S Magistrate Judge
2210 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. Judith C. Herrera
U.S. District Judge
Peter V. Domenici U.S. Courthouse
333 Lomas Blvd., NW
Suite 710
Albuquerque, NM 87102

Hon. Kent A. Jordan
U.S. District Judge
J. Caleb Boggs Federal Building
P.O. Box 10
Wilmington, DE 19801-3570

Hon. Robert S. Lasnik
Chief Judge, U.S. District Court
15128 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1271

Hon. Ricardo S. Martinez
U.S. District Judge
13134 United States Courthouse
700 Stewart Street
Seattle, WA 98101-1271

Hon. Terrence F. McVerry
U.S. District Judge
6370 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. Michael P. Mills
U.S. District Judge
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. J. Frederick Motz
U.S. District Judge
101 West Lombard Street
510 Edward A. Garmatz
Federal Building
& U.S. Courthouse
Baltimore, MD 21201-2690

Hon. William L. Osteen, Sr.
Senior U.S. District Judge
U.S. District Court
P.O. Box 3485
Greensboro, NC 27402-3485

Hon. James A. Parker
Senior U.S. District Judge
P.O. Box 669
Albuquerque, NM 87103

Hon. Sue L. Robinson
Chief Judge, U.S. District Court
J. Caleb Boggs Federal Bldg.
844 North King Street
Lock Box 31
Wilmington, DE 19801-3519

INVOLVED JUDGES LIST (CTO-271) - MDL -875                             Page 2 of 2

Hon. Philip Peter Simon
U.S. District Judge
5400 Federal Plaza
Suite 4200
Hammond, IN 46320

Hon. Walter S. Smith, Jr.
Chief Judge, U.S. District Court
301 Federal Building
800 Franklin Avenue
Waco, TX 76701

Hon. J.P. Stadtmueller
U.S. District Judge
471 U.S. Courthouse & Federal Bldg.
517 East Wisconsin Avenue
Milwaukee, WI 53202

Hon. Thomas D. Thalken
U.S Magistrate Judge
United States District Court
Roman L. Hruska United States
Courthouse
111 South 18th Plaza, Suite 2271
Omaha, NE 68102

Hon. Lacy H. Thornburg
U.S. District Judge
200 U.S. Courthouse
100 Otis Street
Asheville, NC 28801-2611

Hon. N. Carlton Tilley, Jr.
U.S. District Judge
U.S. District Court
P.O. Box 3443
Greensboro, NC 27402-3443

Hon. Jack B. Weinstein
Senior U.S. District Judge
1420 U. S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Jay C. Zainey
U.S. District Judge
C-455 Hale Boggs Federal Building
U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Hon. Bernard Zimmerman
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102