**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania
U.S. Courthouse
Independence Mall West
601 Market Street
Philadelphia, PA 19106-1797

Michael E. Kunz
Clerk of Court

Clerk's Office - Room 2609
Telephone: (215) 597-7704

April 26, 2007

Peter T. Dalleo
Clerk of Court
United States District Court
for the District of Delaware
4209 J. Caleb Boggs Federal Building
884 North King Street
Wilmington, DE 19801

      RE:    MDL 875
                  Asbestos Litigation

Dear Peter:

      I write to advise you of the entry of Orders concerning modifications to the case management procedures applied to MDL 875 and the actions that my administrative staff will be taking to ensure complete compliance. This administrative order applies to all MDL 875 cases. Transfer Orders will be entered on a district by district basis until all cases identified in the Administrative Order are transferred to Eastern District of Pennsylvania. Procedures relative to this litigation have been designed in order to ensure that no burden is imposed on the staff of your office with administrative tasks necessary to accomplish the transfer. Attached please find the following: copies of the Administrative Order and the Transfer Order. A list of cases to be transferred in compliance with the Orders will be emailed to you April 26, 2007. This list is arranged by Delaware case number and also includes the assigned Pennsylvania Eastern case number. It is not necessary to transfer case files or dockets unless requested.

      My staff will retrieve all dockets that are available on PACER. Pursuant to the Administrative Order, staff from my office may request a docket, if the docket is not currently available on the PACER system. In addition. should any further documents be filed in your district, your staff should simply date stamp the document and forward it to my office pursuant to the Administrative Order. Enclosed is a form of notice that is recommended for use in notifying counsel or pro se litigants that all future filings should be submitted directly to the Clerk's Office of the Eastern District of Pennsylvania. Finally, also included is a notice to attorneys concerning the Pennsylvania Eastern local rule requirement to apply for a signature code by completing and filing a Validation of Signature Form with my office.

      Should you have any questions concerning these procedures, please contact me at

your convenience.

                                              Very truly yours,

                                              MICHAEL E. KUNZ
                                              Clerk of Court

Attachments